Jonathan W. Harris
BAKER & HARRIS
266 West Bridge Street
Blackfoot, Idaho 83221
Telephone: (208) 785-2310
Facsimile: (208) 785-6749
E-Mail: jwharris@bakerharrislaw.com
Idaho State Bar No. 6261

Attorneys for Defendant,

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| THEODORE SMITH and CINDY SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>TRUST FINANCIAL, LLC, a Wyoming limited liability company, and WILKERSON & BREMER LAW GROUP, LLC, a Wyoming limited liability company.<br><br>Defendants. | Case No. 4:17-CV-369<br><br>**OFFER OF JUDGMENT** |

TO: Plaintiffs, THEODORE SMITH and CINDY SMITH, by and through their attorney of record Ryan Ballard of the law firm of BALLARD LAW, PLLC

COMES NOW Defendants, Trust Financial, LLC and Wilkerson & Bremer Law Group, LLC, by and through their attorney of record, Jonathan W. Harris, and pursuant to Rule 68 of the F.R.C.P., hereby offers to allow Judgment, including Plaintiff's cost and attorney's fees incurred to date, to be taken against said Defendants upon Plaintiff's Complaint for the sum of THREE THOUSAND DOLLARS & 00/CENTS ($3,000.00).

This offer, is made pursuant to Rule 68 of the F.R.C.P., and shall be deemed to be withdrawn unless accepted within fourteen (14) days after service hereof, unless earlier accepted.

**OFFER OF JUDGMENT - 1**

DATED this ___ day of November, 2017.

                                                            **BAKER & HARRIS**

                                                            _____
                                                            Jonathan W. Harris

## CERTIFICATE OF SERVICE

I certify that on this ___ day of November, 2017, I served a true and correct copy of the following-described document on the person(s) listed below by the method indicated.

Document Served:    **OFFER OF JUDGMENT**

Person(s) Served:    Ryan A. Ballard                          ( ) Mail
                                  BALLARD LAW, PLLC                (✓) Fax
                                  PO Box 38                                  ( ) Hand Delivered
                                  Rexburg, ID 83440
                                  Fax No. 208-485-8528

                                                            _____
                                                            Jonathan W. Harris