# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| THEODORE SMITH and CINDY SMITH, | Case No.: 4:17-CV-369-REB |
| Plaintiffs, | **JUDGMENT** |
| vs. | |
| TRUST FINANCIAL, LLC, a Wyoming limited liability company, and WILKERSON & BREMER LAW GROUP, LLC, a Wyoming limited liability company | |
| Defendants. | |

The Court has considered Defendants' Offer of Judgment (Docket No. 11, Att. 1), and Plaintiffs' acceptance thereof (Docket No. 11), and, good cause appearing:

IT IS HEREBY ORDERED that judgment be entered against Defendants in the amount of Three Thousand Dollars ($3,000.00) – inclusive of costs and reasonable attorneys' fees.

DATED:  **November 7, 2017**

_____
Honorable Ronald E. Bush
Chief U. S. Magistrate Judge

**JUDGMENT - 1**